AUSA: Angela Zhu

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**26 MAG 3520**

UNITED STATES OF AMERICA

v.

JAMES KNORR,

Defendant.

**SEALED COMPLAINT**

Violations of 21 U.S.C. § 846;
18 U.S.C. §§ 924(c) and 2

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

ALEJANDRO VALDERRAMA, being duly sworn, deposes and says that he is a Task Force Officer with the Drug Enforcement Administration ("DEA"), and charges as follows:

## COUNT ONE
## (Conspiracy to Distribute Controlled Substances)

1. From at least in and around June 2026 to the present, in the Southern District of New York and elsewhere, JAMES KNORR, the defendant, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to violate the controlled substances laws of the United States.

2. It was a part and an object of the conspiracy that JAMES KNORR, the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances involved in the offense were: (a) 1,000 kilograms and more of mixtures and substances containing a detectable amount of marihuana, in violation of Title 21, United States Code, Section 841(b)(1)(A); and (b) 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

## COUNT TWO
## (Possession with Intent to Distribute Controlled Substances)

4. On or about August 26, 2026, in the Southern District of New York and elsewhere, JAMES KNORR, the defendant, knowingly and intentionally possessed with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and aided and abetted the same.

5. The controlled substances involved in the offense were: (a) 100 kilograms and more of mixtures and substances containing a detectable amount of marihuana; and (b) 500 grams and

more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B);
Title 18, United States Code, Section 2.)

**COUNT THREE**
**(Firearm Use, Carrying, and Possession)**

6. On or about August 26, 2026, in the Southern District of New York and elsewhere, JAMES KNORR, the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the drug trafficking crime charged in Counts One and Two of this Complaint, knowingly used and carried a firearm, and in furtherance of such crimes, possessed a firearm, and aided and abetted the use, carrying, and possession of a firearm.

(Title 18, United States Code, Section 924(c)(1)(A)(i) and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

7. I have been a Detective with the New York City Police Department since 2019. I was assigned to the Firearms Investigations Unit in 2020, and I have been a Task Force Officer with the DEA since approximately October 2024. As part of my work at the DEA, I have received training regarding drug trafficking crimes. I am familiar with the facts and circumstances set forth below from my personal participation in the investigation, including my examination of reports and records, interviews I have conducted, and conversations with other law enforcement officers and other individuals. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, unless noted otherwise.

8. Based on my participation in this investigation, including my participation in the search of a particular apartment located in New York, New York (the "Manhattan Apartment") on or about August 26, 2026, my communications with other law enforcement officers, and my review of law enforcement documents, field test results, photographs, and records, I have learned the following, in substance and in part:

a. On or about August 25, 2026, the Honorable Barbara Moses, United States Magistrate Judge for the Southern District of New York, issued a warrant to search the Manhattan Apartment. On or about August 26, 2026, members of law enforcement executed the search warrant of the Manhattan Apartment. Only JAMES KNORR, the defendant, and one other person who self-identified as KNORR's girlfriend ("Individual-1") were inside the Manhattan Apartment when law enforcement entered.

b. During the search of a common area in the Manhattan Apartment, members of law enforcement recovered, among other things:

i. a white bag located inside a filing cabinet containing a clear plastic bag with a partially crumbled brick of a white, powdery substance that field-tested positive for the presence of cocaine, as pictured below in Image 1; and a separate red bag located on the floor of the common area, containing a brick of a white, powdery substance wrapped in brown paper with an image of Tweety bird and the word "PIOLIN," which field-tested positive for the presence of cocaine, as pictured below in Image 2. The aggregate weight of the cocaine located in these two bags was approximately 2.014 kilograms;



**Image 1**




**Image 2**

ii. numerous bundles of United States currency, including as pictured below, in Images 3–5;



**Image 3**



**Image 4**



**Image 5**

c. During the search of a bedroom closet in the Manhattan Apartment, members of law enforcement recovered, among other things:

i. numerous pieces of jewelry and watches, including, in part, chains, earrings, and rings, appearing to be encrusted with diamonds, the aggregate value of which is estimated to be over $1,000,000, as pictured, in part, in Images 6–11 below;



**Image 6**




**Image 7**



**Image 8**



**Image 9**




**Image 10**




**Image 11**

ii. a shoebox, located among the jewelry boxes, as depicted in Image 6, containing a fabric bag containing a firearm that appears to have a 3-D printed polymer frame and a metal slide,[1] which contained a magazine loaded with ammunition, along with a second, empty magazine, pictured below in Image 12; and



**Image 12**

[1] Based on my training and experience, firearms that are constructed using portions created by 3-D printing technology are created and used to conceal firearm possession and are referred to as "ghost guns."

iii. another box located next to the shoebox, containing numerous bundles of United States currency, as pictured below in Image 13.



**Image 13**

d. The total amount of currency in the bundles of cash recovered from various areas of the Manhattan Apartment was approximately $375,000.

9. Based on my participation in this investigation and my communications with other law enforcement officers and other individuals, I have learned the following, in substance and in part:

a. On or about August 26, 2026, law enforcement officers also executed a search of a particular apartment located in a building in Brooklyn, New York (the "Brooklyn Apartment") pursuant to a warrant issued by the Honorable Joseph A. Marutollo, United States Magistrate Judge for the Eastern District of New York

b. JAMES KNORR, the defendant, has been observed by law enforcement officers conducting surveillance in and around at least June 2026 engaging in what appeared to be wholesale transactions involving marihuana on the street in front of the building where the Brooklyn Apartment is located (the "Brooklyn Building").

c. During the search of the Brooklyn Apartment, members of law enforcement recovered from the common area, among other things, numerous boxes containing a large quantity of marihuana, estimated to weigh approximately 890.58 kilograms, as pictured, in part, below:



WHEREFORE, I respectfully request that JAMES KNORR, the defendant, be imprisoned or bailed, as the case may be.

TFO [signature]
ALEJANDRO VALDERRAMA
Task Force Officer
Drug Enforcement Administration

Sworn to before me this 27 day of August, 2026.

[signature]
THE HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK